UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY MONTERO,

                              Plaintiff,

                    -v-

NEW YORK CITY HOUSING
AUTHORITY (NYCHA), *et al.*,

                              Defendants.

24-CV-9301 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On January 5 and 7, 2026, Plaintiff filed several motions for default judgment in this case as to Defendant Yolanda Padilla. (ECF Nos. 34-38.) The motions are deficient because they fail to comply with Local Civil Rule 55.1 and 55.2 and this Court's Individual Practices in Civil Cases. Accordingly, on or before March 6, 2026, Plaintiff shall file a new motion for default judgment in compliance with the following procedure:

1. Obtain a Clerk's Certificate of Default by following the instructions in Section 16.1 of the SDNY's ECF Rules & Instructions, available at www.nysd.uscourts.gov/rules/ecf-related-instructions.

2. File a motion for default judgment, with the supporting materials as laid out in this Court's Individual Rules and Practices in Civil Cases, available at nysd.uscourts.gov/hon-j-paul-oetken. Then, serve that motion for default judgment on the defendant pursuant to Rule 5(b) of the Federal Rules of Civil Procedure—for example, by mailing the motion to the defendant's last known address.

3. File an affidavit of service within fourteen days of filing the motion for default judgment; if more time is required, Plaintiff should file a letter on ECF explaining why additional time is necessary and when Plaintiff anticipates service will be completed.

The Clerk of Court is directed to close the motions at ECF Nos. 34-38.

SO ORDERED.

Dated: January 8, 2026
       New York, New York

_____
         J. PAUL OETKEN
    United States District Judge