UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2026

ANTONY MONTERO,

                              Plaintiff,

          -against-

NEW YORK CITY HOUSING AUTHORITY, et al.,

                              Defendants.

24-CV-9301 (JPO) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge.**

On March 19 and 20, 2026, Plaintiff made numerous filings on the docket requesting the appointment of pro bono counsel and further requesting that Defendants' deposition be stayed pending the appointment of pro bono counsel.  For the same reasons as noted in the Orders at ECF Nos. 15 and 53, Plaintiff's motion for the Court to request pro bono counsel is denied.  Though he has cited his medical disabilities and functional limitations as the reasons he is not able to adequately litigate this matter, he has not represented how or why these limitations prevent him from doing so.   Indeed, his numerous filings on the docket indicate that the opposite is true.  Insofar as Plaintiff's motion for appointment of pro bono counsel is denied, so too is his motion to stay deposition.  It is also denied as premature insofar as no deposition has been noticed to the Court's knowledge.  Plaintiff's motion for a telephonic conference was already granted.  Plaintiff is directed to cease making duplicative filings and advised a schedule will be set at the initial case management conference.

**The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 87 and 89.**

Dated: New York, New York
         March 23, 2026

2

**SO ORDERED.**

_____
KATHARINE H. PARKER
United States Magistrate Judge