UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2026
```

ANTONY MONTERO,

                              Plaintiff,

            -against-

NEW YORK CITY HOUSING AUTHORITY, et al.,

                              Defendants.

24-CV-9301 (JPO) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge.**

On March 17 Plaintiff filed a letter requesting an extension of time to effect service on defendants Michael Graziano and Richard Warren.  Upon further review of the docket, the Orders of service that were returned unexecuted at ECF Nos. 78 and 80 explained that the defendants could not be served at the location designated by Plaintiff because they are no longer employed there.  Accordingly, the Court's order at ECF No. 85 remains in effect, however, Plaintiff is directed to provide up-to-date addresses for these defendants such that the Marshals may reattempt service.  The deadline to effectuate service on these defendants remains May 18, 2026.

Dated: New York, New York
            March 24, 2026

                              **SO ORDERED.**

                              _____
                              KATHARINE H. PARKER
                              United States Magistrate Judge