```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONY MONTERO,

                                        Plaintiff,

        -against-

NEW YORK CITY HOUSING AUTHORITY, et al.,

                                     Defendants.

**24-CV-9301 (JPO) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge.**

In spite of the Court's recent Order dated March 26, 2026 directing Plaintiff to cease making filings "except for requests for adjournments or extensions of time, or to notify the Court of updated service addresses for any unserved defendants[,]" Plaintiff filed a letter on March 27, 2026 requesting guidance on how to effectuate service on unserved defendant Richard Warren.  The Court is not able to advise Plaintiff on how to proceed, but as previously noted at ECF No. 20 there is a legal clinic in this District available to assist pro se parties in civil cases. The Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court.  The Clinic operates on-site at the U.S. District Court for the Southern District of New York's Manhattan courthouse at 40 Foley Square, New York, NY 10007, and the White Plains courthouse on occasion. Litigants in need of legal assistance are encouraged to make an appointment by completing the City Bar Justice Center's intake form available at https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/. If a litigant has questions about the intake form or needs to highlight an urgent deadline, the clinic can be contacted by phone at 212-382-4794 or email at fedprosdny@nycbar.org. In-person

appointments in the Thurgood Marshall Courthouse in Manhattan and the Charles L. Brieant Jr.

Federal Building and Courthouse in White Plains are available Monday through Thursday, 10am

to 4pm. Appointments are also available remotely Monday through Friday, 10am to 4pm

Dated: New York, New York
      March 31, 2026

**SO ORDERED.**

_____
KATHARINE H. PARKER
United States Magistrate Judge

2