UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/12/2026___

ANTONY MONTERO,

                              Plaintiff,

            -against-

NEW YORK CITY HOUSING AUTHORITY, et al.,

                              Defendants.

**24-CV-9301 (JPO) (KHP)**

**POST INITIAL CASE-
MANAGEMENT CONFERENCE
ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge.**

On May 12, 2026, the parties appeared before the undersigned for an Initial Case Management Conference.  After review of the pleadings and consultation with the parties, the following Scheduling Order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

**Service.** BMA Defendants are directed to locate the address for Richard Warren and the last name for Chris LNU, provide that information to Plaintiff, and file a letter to the docket by **May 26, 2026** indicating whether they have found that information and/or whether Agins, Siegel & Reiner LLP will be representing those individuals. To the extent that NYCHA Defendants are able to locate and provide further information on affiliated unserved Defendants, they are directed to do the same by **May 26, 2026**.

**Discovery.**  The NYCHA Defendants' request to stay discovery as to them is denied as discussed on the record.  The deadline to complete fact discovery is **November 12, 2026.**  The deadline to complete expert discovery is **February 12, 2027**.  The parties will exchange initial disclosures by **June 12, 2026**.  The parties will be limited to 25 document requests each, that is,

each collective of Defendants (e.g., the NYCHA Defendants, the BMA Defendants) and individual Defendants unaffiliated with NYCHA or BMA will be limited to 25 requests and Plaintiff will be limited to 25 requests to each collective of Defendants and any individual Defendants unaffiliated with NYCHA or BMA.  No deposition notices may be made or depositions taken until the last two months of fact discovery.  There is a limit of 10 depositions per side.   Any request to exceed this limit must be accompanied by a showing of good cause.

**Discovery Disputes.**  The parties shall follow the Court's Individual Procedures with respect to any discovery disputes. *See* https://nysd.uscourts.gov/hon-katharine-h-parker.

**Rule 1 and Rule 26(b)(1).**  The parties shall comply with Rule 1 and Rule 26(b)(1) in the conduct of discovery.

**Document Requests.**  The parties shall be fully familiar with their obligations under Rules 34 and 26(g) and consider and discuss ways to ensure compliance and minimize disputes regarding overbreadth and specificity of requests and responses.  A failure to comply with this responsibility carries serious consequences.  Requests for any and all documents on a broad topic are presumptively improper.  Likewise, courts have held that an objection that does not appropriately explain its grounds is forfeited.  *See, e.g.*, *Wesley Corp. v. Zoom T.V. Prods., LLC*, No. 17-100212018, 2018 WL 372700, at *4 (E.D. Mich. Jan. 11, 2018); *Fischer v. Forrest*, No. 14 Civ. 01304 (PAE) (AJP), 2017 WL 773694 (S.D.N.Y. Feb. 28, 2017) ("[A]ny discovery response that does not comply with Rule 34's requirement to state objections with specificity (and to clearly indicate whether responsive material is being withheld on the basis of objection) will be deemed a waiver of all objections (except as to privilege).").

**Pro Se Clinic**. As expressed to Plaintiff in prior orders and on the record, there is a legal clinic in this District available to assist pro se parties in civil cases. The Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court.  The Clinic operates on-site at the U.S. District Court for the Southern District of New York's Manhattan courthouse at 40 Foley Square, New York, NY 10007, and the White Plains courthouse on occasion. Litigants in need of legal assistance are encouraged to make an appointment by completing the City Bar Justice Center's intake form available at https://www.citybarjusticecenter.org/projects/federal-pro-selegal-assistance-project/. If a litigant has questions about the intake form or needs to highlight an urgent deadline, the clinic can be contacted by phone at 212-382-4794 or email at fedprosdny@nycbar.org. In-person appointments in the Thurgood Marshall Courthouse in Manhattan and the Charles L. Brieant Jr. Federal Building and Courthouse in White Plains are available Monday through Thursday, 10am to 4pm. Appointments are also available remotely Monday through Friday, 10am to 4pm.

**Status letter.**  In lieu of scheduling a case management conference, the parties shall provide a joint status update on discovery by **June 12, 2026**.

Dated: New York, New York
        May 12, 2026

                                    **SO ORDERED.**

                                    _____
                                    KATHARINE H. PARKER
                                    United States Magistrate Judge

3