UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONY MONTERO,

                                     Plaintiff,

                  -against-


NEW YORK CITY HOUSING AUTHORITY, et al.,

                                     Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/26/2026
```

**24-CV-9301 (JPO) (KHP)**

**ORDER DIRECTING SERVICE**

**KATHARINE H. PARKER, United States Magistrate Judge.**

In letters filed on May 21, 2026 and May 22, 2026 Plaintiff requested that service be directed on Defendants Richard Warren, Michael Graziano, and Christopher Reyes.

Insofar as the Building Management Associate Defendants have indicated that they will be representing Christopher Reyes (previously Chris LNU) and have provided Plaintiff with updated addresses for Richard Warren and Michael Graziano (who will not be represented by Siegel & Reier LLP), the Court directs service on Richard Warren, Michael Graziano, and Christopher Reyes.

Because Plaintiff has been granted permission to proceed IFP, he is entitled to assistance from the Court and the United States Marshals Service ("USMS") to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* Fed. R. Civ. P. 4(c)(3) (the court must order the USMS to serve if the plaintiff is authorized to proceed IFP).  To allow Plaintiff to effect service on all of the defendants through the USMS, the Clerk of Court is instructed to fill out a USMS Receipt and Return form ("USM-285 form") for each of those defendants to be served. The Clerk of Court is further instructed to issue a summons for each of those

defendants to be served, and deliver to the USMS all of the paperwork necessary for the USMS to effect service upon all of the defendants to be served.

If the operative complaint at ECF No. 22 is not served on all the above-mentioned defendants to be served within 90 days after the date that the above-mentioned summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

The Court respectfully directs the Clerk of Court to issue summonses for Richard Warren, Michael Graziano, and Christopher Reyes; complete USM-285 forms with the service addresses for each of those defendants; and deliver all documents necessary to effect service of a summons and the operative complaint (ECF No. 22) on those defendants to the USMS.

Dated: New York, New York
      May 26, 2026

                              SO ORDERED.

                              *Katharine H Parker*
                              _____
                              KATHARINE H. PARKER
                              United States Magistrate Judge

**SERVICE ADDRESS FOR ADDITIONAL DEFENDANTS**

1.  Richard Warren
    1625 Fulton Street,
    C-608
    Brooklyn, New York 11213

2.  Michael Graziano
    667 Casanova Street,
    Apt. 4A
    Bronx, New York 10474

3.  Christopher Reyes
    1102 Longfellow Avenue,
    Apt. 4P
    Bronx, New York 10459