UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK


ANTONY MONTERO,

Plaintiff, Pro Se,


v.


NEW YORK CITY HOUSING AUTHORITY, et al.,

Defendants.


Case No. 1:24-cv-09301 (JPO) (KHP)


**CORRECTED CERTIFICATE OF SERVICE / ELECTRONIC SUBMISSION ONLY**


I certify that on ___*June 8*___, 2026, I submitted the foregoing renewed motion packet and related exhibits electronically to the United States District Court for the Southern District of New York, Pro Se Intake Unit / ECF filing system, for filing on the docket in this action. To the extent counsel of record or registered ECF users appear in this case, service will be made through the Court's CM/ECF Notice of Electronic Filing system upon docketing.


Plaintiff is not separately serving this motion packet at this time on defendants who have not appeared, have not answered, are not registered ECF users, have not retained counsel of record, or have not yet been served. Plaintiff does not waive any position regarding service, default, extension of time, or alternative service.


Nothing in this certificate should be construed as representing that any unserved, nonappearing, non-ECF, or uncounseled defendant has received service of this motion.

Plaintiff submits this certificate only to accurately describe the method of electronic filing and CM/ECF notice to counsel of record/registered users.

Dated: _*June 8*_, 2026

Respectfully submitted,

*Antony Montero*

Antony Montero

Plaintiff, Pro Se

*June 8, 2026*