UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

ANTONY MONTERO,

Plaintiff, Pro Se,

v.

NEW YORK CITY HOUSING AUTHORITY, et al.,

Defendants.

Case No. 1:24-cv-09301 (JPO) (KHP)

**CERTIFICATE OF SERVICE**

I, Antony Montero, certify that on June 29, 2026, I submitted the foregoing renewed motion documents for filing through the Southern District of New York Pro Se Intake Unit and served a copy by email and/or ECF on counsel of record to the extent available and required, including:

1. Andrew M. Lupin, counsel for NYCHA Defendants, andrew.lupin@nycha.nyc.gov;

2. Joseph Anci, counsel appearing for NYCHA Defendants, Joseph.Anci@jacksonlewis.com;

3. Christopher Cruz Sierra, counsel appearing for NYCHA Defendants, christopher.cruz-sierra@jacksonlewis.com;

4. Rick DelValle, counsel for BMA Defendants, rdelvalle@siegelreiner.com; and

5. Any additional counsel of record through ECF notification upon filing.

I further certify that I will serve any unrepresented party as required by Court order, the Federal Rules of Civil Procedure, and the Court's pro se filing procedures.

Signature: _____*Antony Montero*_____

/s/ Antony Montero

Antony Montero

Plaintiff, Pro Se

1084 East 165th Street, Apt. 1A

Bronx, New York 10459

Phone: (201) 472-3911

Email: antony.montero721@gmail.com

*June 29, 2026*

Dated: June 29, 2026

Bronx, New York