USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/6/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONY MONTERO,

Plaintiff,

-against-

NEW YORK CITY HOUSING AUTHORITY, et al.,

Defendants.

**24-CV-9301 (JPO) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge.**

On June 29, 2026, Plaintiff filed another motion, without leave of Court, seeking an Order requesting Pro Bono counsel to represent him in this action. This is now Plaintiff's fifth request for such an Order. In his memorandum in support, he cites changed circumstances as the basis for his renewed request. The Court finds no changed circumstances are present that warrant the Court to issue an Order pursuant to 28 U.S.C. § 1915(e)(1). Accordingly, Plaintiff's motion is DENIED. **Plaintiff is directed to cease making further docket filings until the Case Management Conference** scheduled for September 9, 2026, except for requests for adjournments or extensions of time. The Court will hear from the parties at the conference.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 130.**

Dated: New York, New York
July 6, 2026

**SO ORDERED.**

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge