USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONY MONTERO,

Plaintiff,

-against-

NEW YORK CITY HOUSING AUTHORITY, et al.,

Defendants.

**24-CV-9301 (JPO) (KHP)**

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge.**

On September 9, 2026, the parties in the above-entitled action appeared before the undersigned for a Case Management Conference. As set forth in greater detail on the record:

To the extent the BMA Defendants are able to obtain a last known address for Yolanda Padilla, they shall provide that information to Plaintiff by **September 16, 2026**. If the BMA Defendants are unable to obtain a last known address for Padilla, they shall file a letter with the Court by **September 16, 2026**, stating that they have made a reasonable search for such information but were unable to locate it.

If Plaintiff intends to proceed with this action against Chris Mikrut, Michael Graziano, and Richard Warren, Plaintiff must properly serve those Defendants by **September 14, 2026**. No further extensions of the deadline to serve the remaining unserved Defendants will be granted. If any of those Defendants has not been properly served by that date, this action will proceed without that Defendant. With respect to Defendant Yolanda Padilla, if Plaintiff wishes to have the U.S. Marshals effect service on her, Plaintiff must provide the Court with an address at which she may be served by **September 17, 2026**. If Plaintiff timely provides an address, the deadline to serve Padilla will be extended to **October 16, 2026**. If Plaintiff fails to provide an

address by September 17, 2026, the action will proceed without Padilla as a defendant.

The parties shall file a joint letter by **October 9, 2026** informing the Court on the status of discovery.

**The U.S. Marshal Service is respectfully directed to reattempt service on Defendants Michael Graziano and Richard Warren at the addresses listed in the summons at ECF No. 114 and the Order at ECF No. 138.**

Dated: New York, New York
September 10, 2026

**SO ORDERED.**

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge