USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONY MONTERO,

Plaintiff,

-against-

NEW YORK CITY HOUSING AUTHORITY, et al.,

Defendants.

**24-CV-9301 (JPO) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge.**

On October 2, 2026, pro se Plaintiff filed a letter pursuant to the Order at ECF No. 140 providing an address for Yolanda Padilla. Considering Plaintiff's letter, the U.S. Marshals Service is respectfully directed to effect service on Yolanda Padilla at:

**Yolanda Padilla**
**437 East 146 Street, Apt. #1B**
**Bronx, New York 10455**

The deadline to serve Padilla is accordingly extended to **October 16, 2026**. If she is not served by that date, this action will proceed without her.

**The Court respectfully directs the Clerk of Court to: (1) mail an information package to Plaintiff; (2) complete USM-285 forms with the service addresses for Yolanda Padilla; and (3) deliver all documents necessary to effect service of a summons and the operative complaint (ECF No. 22) on Padilla to the USMS.**

Dated: New York, New York
October 5, 2026

**SO ORDERED.**

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge