USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONY MONTERO,

Plaintiff,

-against-

NEW YORK CITY HOUSING AUTHORITY, et al.,

Defendants.

**24-CV-9301 (JPO) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge.**

On October 14, 2026, Plaintiff Antony Montero, proceeding *pro se* and *in forma pauperis* filed a letter requesting an extension of the September 14, 2026 deadline to serve Defendants Chris Mikrut and Richard Warren in the above-entitled action. (ECF No. 157). The request is **DENIED** as to Chris Mikrut as the United States Marshal already made three attempts for service of process and no further attempts will be made.

As to Richard Warren, this Court previously extended the service deadline to May 18, 2026 and directed the Marshals to reattempt service. (ECF No. 85). On July 14, 2026, this Court once again extended the service deadline to September 14, 2026 and directed the Marshal to reattempt service on Warren. (ECF No. 138). On September 10, 2026, this Court clarified that no further extensions of the deadline to serve the remaining defendants would be granted. However, given that the summons for Warren was re-issued on September 16, 2026, the deadline for service as to Warren is extended to December 15, 2026. No further extensions will be granted.

**The U.S. Marshal Service is respectfully directed to reattempt service on Defendant Richard Warran at the addresses listed in the summons at ECF No. 114.**

Dated: New York, New York
October 21, 2026

SO ORDERED.

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge